UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONGHOON LEE<br>8, Songi-ro 19-gil, Songpa-gu,<br>Seoul South Korea,<br><br>Against<br><br>ANGELA KERWIN, in her official capacity<br>as U.S. Consul General, Seoul Korea<br>188 Sejong-daero,<br>Jongno-gu, Seoul 03141 Korea<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES<br>111 Massachusetts Ave., NW<br>MS 2260<br>Washington, DC 20529-2260<br><br>And<br><br>KRISTINE R. CRANDALL, in her official<br>capacity as the Acting Director of the United<br>States Citizenship and Immigration Services'<br>Nebraska Service Center, 850 S Street,<br>Lincoln NE 68508<br><br>Defendants | Case No.:<br><br>COMPLAINT |

## DESCRIPTION OF ACTION

1. This is an action brought by plaintiff, BONGHOON LEE to compel a decision on his application for an immigrant visa which has been pending with the Consul General in Seoul, Republic of Korea, for over one and one half years, as well as to bring to a conclusion the unspecified "processing" the United States Citizenship and Immigration Services' Nebraska Service Center has been engaged in pertaining to TLC Animal Clinic's Petition for Immigrant Worker upon BONGHOON LEE's behalf.

## JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiff, BONGHOON LEE, is a citizen of the Republic of Korea.
4. The Defendant ANGELA KERWIN is the Consul General at the U.S. Embassy in Seoul, and as such has the authority to issue immigrant visas.

5. The UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) is an agency of the United States government within the Department of Homeland Security. It apparently claims the right to engage in unspecified "processing" of immigrant visa petitions.

6. KRISTINE R. CRANDALL is the Acting Director of the USCIS's Nebraska Service Center. She apparently oversees the said "processing" upon the USCIS's behalf.

## BRIEF STATEMENT OF RELEVANT FACTS

7. On August 23, 2016, the USCIS approved TLC Animal Clinic's Petition for Immigrant Worker (Form I-140) to classify plaintiff BONGHOON LEE as immigrant under 203(b)(3) of the Immigration and Nationality Act (INA) in File No. LIN-16-227-50220.

8. On June 22, 2017, BONGHOON LEE was interviewed at the U.S. Embassy in Seoul regarding his application for an immigrant visa.

9. Shortly thereafter BONGHOON LEE was informed that his application had been sent to the USCIS's Nebraska Service Center for unspecified reasons.

10. No information has ever been received since that date regarding the

status of this matter aside from the fact that the Nebraska Service Center is engaged in some unspecified "process" pertaining to it.

## COUNT I

THE CONSUL GENERAL HAS BREACHED HER DUTY TO BONGHOON LEE TO MAKE A FINAL DECISION ON HIS IMMIGRANT VISA APPLICATION WITHIN A REASONABLE TIME.

14. ANGELA KERWIN, Consul General of the U.S. Embassy in Seoul, is an officer of the United States Department of State, an agency of the United States government.

15. The Consul General of the U.S. Embassy in Seoul owes a duty to BONGHOON LEE to make a decision regarding his immigrant visa application within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

16. The time in which this application has been pending with the Consul General of the U.S. Embassy in Seoul and her predecessors, is well beyond the time which is reasonably required to adjudicate it.

17. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

18. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

19. The Ninth Circuit has held that consulates may be required to issue or refuse a visa:

> A consular office is required by law to act on visa applications. Under 22 C.F.R. § 42.81, "[w]hen a visa application has been properly completed and executed before a consular officer in accordance with the provision of INA and the implementing regulations, the consular officer shall either issue or refuse the visa. Every refusal shall be in conformance with the provisions of 22 C.F.R. 40.6." In addition, the section is entitled, "Issuance or refusal mandatory."

*Patel v. Reno*, 134 F.3d 929, 932 (9th Cir. 1997)

## RELIEF REQUESTED

20. WHEREFORE it is respectfully requested that the Court find that an adjudication of BONGHOON LEE's application for a visa to have been unreasonably delayed and compel Defendant, the Consul General of the U.S. Embassy in Seoul, to adjudicate BONGHOON LEE's application for an immigrant visa in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

## COUNT II

THE USCIS AND THE DIRECTOR OF ITS NEBRASKA SERVICE CENTER HAVE BREACHED THEIR DUTY TO PLAINTIFF TO "PROCESS" THE IMMIGRANT VISA PETITION APPROVED UPON MR. LEE'S BEHALF

14. The UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and KRISTINE R. CRANDALL, in her official capacity as the Acting Director of the United States Citizenship and Immigration Services' Nebraska Service Center, both owe a duty to BONGHOON LEE to "process" TLC Animal Clinic's Petition for Immigrant Worker upon behalf of BONGHOON LEE within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

15. This petition has been pending with The UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and KRISTINE R. CRANDALL, in her official capacity as the Acting Director of the United States Citizenship and Immigration Services' Nebraska Service Center, well beyond the time which is reasonably required to "process" it.

16. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

17. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

18. WHEREFORE it is respectfully requested that the Court find that the "processing" of TLC Animal Clinic's Petition for Immigrant Worker upon behalf of BONGHOON LEE to be unreasonably delayed and compel said Defendants to complete its "processing" of this petition in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Dated this 25th day of June, 2018

s/ Michael E. Piston MI 002
Attorney for the Plaintiffs
225 Broadway Ste 307
New York, NY 10007
646-845-9895
Fx: 206-770-6350